United States District Court
Southern District of Texas
**ENTERED**
August 12, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EVA MARIA CHINCHILLA MURALLES, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-05357 |
| | § | |
| RANDY TATE, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER**

Before the Court is Petitioner Eva Maria Chinchilla-Muralles's ("Petitioner") Petition for Writ of Habeas Corpus. Doc. #1. Respondents have notified the Court that Petitioner was released from custody and removed to Guatemala on or about July 15, 2026. Doc. #6, Ex. 1. To the extent Petitioner challenges her removal order, "the Real ID Act stripped the district courts of jurisdiction over 28 U.S.C. § 2241 petitions attacking removal orders." *Gul v. Rozos*, 163 F. App'x 317, 318-19 (5th Cir. 2006). Moreover, to the extent Petitioner challenges her immigration detention, those claims are now moot. *See Etuk v. Bondi*, No. 3:24-CV-02640-B (BT), 2025 WL 1908738, at *2 (N.D. Tex. Apr. 22, 2025), *report and recommendation adopted*, 2025 WL 1908169 (N.D. Tex. July 10, 2025); *see also Mena v. Barr*, No. 1:20-CV-151, 2020 WL 8093649, at *2 (S.D. Tex. Dec. 14, 2020), *report and recommendation adopted*, 2021 WL 124330 (S.D. Tex. Jan. 13, 2021) ("This District has regularly recognized that a petitioner's claim for habeas relief becomes moot upon [her] release from ICE custody (by removal or under supervision)."). Because Petitioner has now been released and removed, the Court can no longer grant effective relief. *See Etuk*, 2025 WL 1908738, at *3.

Accordingly, to the extent the Petition for Writ of Habeas Corpus challenges Petitioner's removal order, those claims are DISMISSED WITHOUT PREJUDICE for lack of subject-matter jurisdiction. To the extent Petitioner challenges her immigration detention, those claims are DISMISSED AS MOOT. This is a final judgment. The Clerk is DIRECTED to close this case.

It is so ORDERED.

AUG 1 1 2026

Date

The Honorable Alfred H. Bennett
United States District Judge